NEAL M. COHEN (SBN 184978)
(nmc@viplawgroup.com)
JAMES K. SAKAGUCHI (SBN 181010)
(jks@viplawgroup.com)
Vista IP Law Group LLP
2040 Main Street, Suite 710
Irvine, California 92614
Tel: (949) 724-1849
Fax: (949) 625-8955

Attorneys for Plaintiff
    Lawrence E. Tannas, Jr., dba Tannas Electronics

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Lawrence E. Tannas, Jr., dba Tannas Electronics,<br><br>    Plaintiff,<br><br>        v.<br><br>Multichip Display, Inc., a Nevada Corporation; Donald Macintyre, an individual; Char Bugna, an individual; and DOES 1-10,<br><br>    Defendants. | Case No. 8:15-cv-282<br><br>**COMPLAINT FOR PATENT INFINGEMENT OF U.S. PATENT NOS. 7,525,633, 7,535,547, 8,068,206, AND 8,792,076**<br><br>**[DEMAND FOR JURY TRIAL]** |

For its Complaint against the above-named defendants, Plaintiff Lawrence E. Tannas, Jr., dba Tannas Electronics, alleges as set forth herein, wherein each and every paragraph and allegation of this Complaint is hereby incorporated by reference into each and every Count unless stated otherwise, and wherein each Count is asserted against each Defendant unless stated otherwise.

- 1 -

## Jurisdiction And Venue

1. This action arises under the United States patent laws (Title 35 of the United States Code). This Court has original jurisdiction over all Counts pursuant to 28 U.S.C. §§ 1331 and 1338.

2. Venue is proper in this District pursuant to 28 U.S.C. § 1391 and/or 28 U.S.C. § 1400.

## Parties

3. Plaintiff Lawrence E. Tannas, Jr., dba Tannas Electronics (hereafter "Tannas") is an individual residing in this District.

4. Upon information and belief, Defendant Multichip Display, Inc. (hereafter "Multichip") is a Nevada corporation with a principal place of business in North Las Vegas, Nevada.

5. Upon information and belief, Defendant Donald Macintyre is an individual residing in Las Vegas, Nevada.

6. Upon information and belief, Defendant Char Bugna is an individual residing in Las Vegas, Nevada.

7. Tannas presently is not aware of the true names and capacities of DOES 1-10, but believes entities named "Mdisplay, Inc." and "MDI" are DOE companies related to Multichip.

**Count 1**
**Patent Infringement of U.S. Patent No. 7,525,633**

8.  On April 28, 2009, United States Patent No. 7,525,633 ("the '633 Patent"), titled "METHODS OF CUSTOMIZING THE PHYSICAL SIZE AND SHAPE OF COMMERCIAL OFF-THE-SHELF (COTS) ELECTRONIC DISPLAYS" was issued to Tannas.

9.  Tannas is the owner of the '633 Patent, and has been at all relevant times.

10.  The '633 Patent is presumed valid pursuant to 35 U.S.C. § 282.

11.  In violation of 35 U.S.C. § 271(a), Multichip, Donald Macintyre, Char Bugna, and DOES 1-10 (collectively "Defendants") have, without authority from Tannas, made, used, offered to sell, and/or sold in the United States, and/or imported into the United States, within this District and other Districts, products (hereafter "Accused Products") made by a process that infringes one or more claims of the '633 Patent.

12.  Tannas has been and continues to be damaged by the acts of infringement of the '633 Patent alleged herein, in an amount to be proven at trial, not less than $500,000.

13.  Tannas has been and continues to be irreparably harmed by the acts of infringement of the '633 Patent alleged herein.

14.  The acts of infringement of the '633 Patent alleged herein have been willful, with the full knowledge of the

existence of the '633 Patent, despite the objectively high likelihood that such acts constituted infringement.

## Count 2
## Patent Infringement of U.S. Patent No. 7,535,547

15.  On May 19, 2009, United States Patent No. 7,535,547 ("the '547 Patent"), titled "CUSTOMIZED ELECTRONIC DISPLAY AND METHODS OF CUSTOMIZING THE PHYSICAL SIZE AND/OR SHAPE THEREOF" was issued to Tannas.

16.  Tannas is the owner of the '547 Patent, and has been at all relevant times.

17.  The '547 Patent is presumed valid pursuant to 35 U.S.C. § 282.

18.  In violation of 35 U.S.C. § 271(a), Defendants have, without authority from Tannas, made, used, offered to sell, and/or sold in the United States, and/or imported into the United States, within this District and other Districts, Accused Products made by a process that infringes one or more claims of the '547 Patent.

19.  Tannas has been and continues to be damaged by the acts of infringement of the '547 Patent alleged herein, in an amount to be proven at trial, not less than $500,000.

20.  Tannas has been and continues to be irreparably harmed by the acts of infringement of the '547 Patent alleged herein.

21.  The acts of infringement of the '547 Patent alleged herein have been willful, with the full knowledge of the existence of the '547 Patent, despite the objectively high likelihood that such acts constituted infringement.

### Count 3
### Patent Infringement of U.S. Patent No. 8,068,206

22.  On November 29, 2011, United States Patent No. 8,068,206 ("the '206 Patent"), titled "CUSTOMIZED ELECTRONIC DISPLAYS AND METHODS OF CUSTOMIZING THE PHYSICAL SIZE AND/OR SHAPE THEREOF" was issued to Tannas.

23.  Tannas is the owner of the '206 Patent, and has been at all relevant times.

24.  The '206 Patent is presumed valid pursuant to 35 U.S.C. § 282.

25.  In violation of 35 U.S.C. § 271(a), Defendants have, without authority from Tannas, made, used, offered to sell, and/or sold in the United States, and/or imported into the United States, within this District and other Districts, Accused Products made by a process that infringes one or more claims of the '206 Patent.

26.  Tannas has been and continues to be damaged by the acts of infringement of the '206 Patent alleged herein, in an amount to be proven at trial, not less than $500,000.

27. Tannas has been and continues to be irreparably harmed by the acts of infringement of the '206 Patent alleged herein.

28. The acts of infringement of the '206 Patent alleged herein have been willful, with the full knowledge of the existence of the '206 Patent, despite the objectively high likelihood that such acts constituted infringement.

**Count 4**
**Patent Infringement of U.S. Patent No. 8,792,076**

29. On July 29, 2014, United States Patent No. 8,792,076 ("the '076 Patent"), titled "CUSTOMIZED ELECTRONIC DISPLAYS AND METHODS OF CUSTOMIZING THE PHYSICAL SIZE AND/OR SHAPE THEREOF" was issued to Tannas.

30. Tannas is the owner of the '076 Patent, and has been at all relevant times.

31. The '076 Patent is presumed valid pursuant to 35 U.S.C. § 282.

32. In violation of 35 U.S.C. § 271(a), Defendants have, without authority from Tannas, made, used, offered to sell, and/or sold in the United States, and/or imported into the United States, within this District and other Districts, Accused Products that infringe one or more claims of the '076 Patent.

33. Tannas has been and continues to be damaged by the acts of infringement of the '076 Patent alleged herein, in an amount to be proven at trial, not less than $500,000.

34. Tannas has been and continues to be irreparably harmed by the acts of infringement of the '076 Patent alleged herein.

35. The acts of infringement of the '076 Patent alleged herein have been willful, with the full knowledge of the existence of the '076 Patent, despite the objectively high likelihood that such acts constituted infringement.

\*\*\*\*\*\*\*\*\*\*

WHEREFORE, Plaintiff, Tannas, respectfully requests judgment as follows:

A. Pursuant to 35 U.S.C. § 283, the Court preliminarily and permanently enjoin Defendants, their subsidiaries, divisions, agents, servants, and employees, and those persons in concert or active participation with any of them, from further acts of infringement of the '633 Patent, the '547 Patent, the '206 Patent, and the '076 Patent.

B. Pursuant to 35 U.S.C. § 284, Tannas be awarded damages, interest, and costs, including treble damages, not less than $500,000.

C. Pursuant to 35 U.S.C. § 285, the case be declared exceptional, and Tannas be awarded reasonable attorney fees.

D. Tannas be awarded pre-judgment and post-judgment interest according to law.

E. Tannas be awarded such other relief as this Court deems appropriate.

```
                                    Respectfully submitted,

Dated: February 18, 2015            /s/ Neal M. Cohen
                                    Vista IP Law Group LLP
                                    Neal M. Cohen
                                    Attorneys for Tannas
```

**JURY DEMAND**

Pursuant to F.R.Civ.P. Rule 38(b) and L.R. 38-1, Plaintiff Lawrence E. Tannas, Jr., dba Tannas Electronics, demands a jury trial on all issues triable to a jury.

Respectfully submitted,

Dated: February 18, 2015   /s/ Neal M. Cohen
Vista IP Law Group LLP
Neal M. Cohen
Attorneys for Tannas