UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | SACV 15-0282 AG (JCGx) | Date | December 20, 2016 |
|---|---|---|---|
| Title | LAWRENCE E TANNAS v. MULTICHIP DISPLAY, INC., ET AL. | | |

Present: The Honorable ANDREW J. GUILFORD

| Lisa Bredahl | Not Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:       Attorneys Present for Defendants:

**Proceedings:**    **[IN CHAMBERS] ORDER TO SHOW CAUSE CONCERNING AUTHENTICITY OF DOCUMENTS**

Plaintiff Lawrence E. Tannas, Jr. brought this patent infringement lawsuit against Defendants Multichip Display, Inc. ("MDI"), Donald MacIntyre, and Char Bugna.

Plaintiff accuse MDI and Bugna (collectively, "the MDI Defendants") of falsifying certain purchase orders. (Dkt. 121, Ex. 12). According to Plaintiff, the MDI Defendants did so to argue that they bought resized screens from Plaintiff's licensee, SDI, and that therefore they could not have infringed.

Plaintiff initially suspected the purchase orders were falsified because the dates on them (in 2004) were several years before MDI moved into the address listed as MDI's return address (3395 W. Cheyenne Ave., Suite 111). (Dkt. 121-1 at 4.) It is undisputed that MDI first moved into the 3395 W. Cheyenne address in 2010, so the timing appears inconsistent. (Dkt. 121, Ex. 10.) Also, the purchase orders listed a vendor contact name for a person who had left SDI in August 2003, at least four months before the earliest date (January 2004) on the documents.

The evidence suggests that the purchase orders have some inconsistencies that raise doubts as to their authenticity and whether they are directly tied to the accused product. The

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | SACV 15-0282 AG (JCGx) | Date | December 20, 2016 |
|---|---|---|---|
| Title | LAWRENCE E TANNAS v. MULTICHIP DISPLAY, INC., ET AL. | | |

consequences of falsifying documents and submitting them to this Court may include awarding of costs, striking of pleadings, and reporting this matter to other authorities.

The Court ORDERS the MDI Defendants to produce the original purchase orders to Plaintiff by January 6, 2017 and to appear at 10:00 a.m. on February 14, 2017 to show cause that the three purchase orders have not been falsified.

**IT IS SO ORDERED.**

|  | : | 0 |
|---|---|---|
| Initials of Preparer | lmb | |