NEAL M. COHEN (SBN 184978) (nmc@viplawgroup.com)
JAMES K. SAKAGUCHI (SBN 181010) (jks@viplawgroup.com)
Vista IP Law Group LLP
100 Spectrum Center Drive, Suite 900
Irvine, California 92618
Tel: (949) 724-1849
Fax: (949) 625-8955

Attorneys for Plaintiff
    Lawrence E. Tannas, Jr., dba Tannas Electronics

**JS-6**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tannas,<br><br>    Plaintiff,<br><br>       v.<br><br>Multichip Display, Inc., et. al.,<br><br>    Defendants. | Case No. 8:15-cv-282 AG(JCGx)<br><br>**FINAL JUDGMENT** |

WHEREAS, the parties to this action are: Plaintiff, Lawrence E. Tannas, Jr., dba Tannas Electronics ("Plaintiff"); Defendant and Counterclaimant Multichip Display, Inc. ("MDI"); Defendant and Counterclaimant Donald MacIntyre ("MacIntyre"); and Defendant and Counterclaimant Char Bugna ("Bugna");[1]

WHEREAS, the pleadings which raise the issues in this action are Plaintiff's Complaint [**Dkt. 1**], and Defendants' Answer and Counterclaims [**Dkt. 19**];

WHEREAS, Plaintiff has asserted infringement of certain claims ("Asserted Claims") of United States Patent Nos. 7,525,633, 7,535,547, 8,068,206, and 8,792,076 ("Asserted Patents");

---

[1] MDI, MacIntyre, and Bugna are referred to collectively herein as "Defendants."

1

WHEREAS, Defendants have been found to infringe all of the Asserted Claims of the Asserted Patents, namely: Claims 1-5, 9, 13, 18-21, 26-29, and 34-36 of U.S. Patent No. 7,525,633; Claims 10-12, and 17 of U.S. Patent No. 7,535,547; Claims 1-3, 5, 9-11, 16-19, 21-23, 25-27, 29-32, 36-37, and 39 of U.S. Patent No. 8,068,206; and Claims 7-8 of U.S. Patent No. 8,792,076 [**Dkt. 259**];

WHEREAS, Defendants did not prevail on any affirmative defenses or counterclaims [**Dkts. 135, 171**]; and

WHEREAS, all claims, rights, and liabilities of all parties to this action have been adjudicated.

The Court, pursuant to F.R.Civ.P Rule 54(b), enters Final Judgment as follows:

1. On Plaintiff's claims of patent infringement, judgment is entered in favor of Plaintiff, against Defendants jointly and severally, in the amount of $258,290.80, plus costs in the amount of _____, plus post-judgment interest according to law.

2. On Defendants' counterclaims for declaratory judgment of non-infringement, invalidity, and unenforceability, judgment is entered in favor of Plaintiff, against Defendants.

3. Effective immediately, and until the last of the Asserted Patents expires, Defendants and other persons in active concert or participation with them are enjoined from any further activity that infringes any of the Asserted Claims. Such activity includes, but is not limited to: resizing displays in the United States using the method used by MacIntyre that was found to be infringing; using, selling, or offering to sell in

the United States any such resized displays or any instruments incorporating any such resized displays; and importing into the United States any such resized displays or any instruments incorporating any such resized displays.

4. Notwithstanding the foregoing, any Defendant may use, offer to sell, and/or sell in the United States, and/or import into the United States, resized displays and/or instruments incorporating resized displays, if the resized displays are resized by an authorized licensee under the Asserted Patents, and such Defendant provides a written accounting to Plaintiff within 10 days of such use, offer to sell, sale, or importation, identifying same, and detailing the source(s) of the resized displays in a manner sufficient to allow Plaintiff to audit and confirm such source(s).

3/21/18
DATED

Honorable Andrew J. Guilford
United States District Judge

3